MATTHEW M. MacCARTHY, INC. *v.* UNITED STATES

**No. 6685.**—Invoice dated Nottingham, England, May 14, 1946.
　　　　Certified May 16, 1946.
　　　　Entered at New York, N. Y., June 6, 1946.
　　　　Entry No. 766701.

(Decided December 30, 1946)

*John D. Rode* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: This appeal was filed to test the validity of the action of the appraiser in including as a part of the dutiable value an item of so-called British purchase tax. The appeal has been submitted for decision upon a stipulation to the effect that the issues herein are similar in all material respects to the issues involved in *United States v. Pitcairn*, C. A. D. 334, and the record in that case has been admitted in evidence in this case.

Accepting this stipulation as a statement of fact, I find and hold the proper dutiable export values of the merchandise covered by this appeal to be the values found by the appraiser, less any amounts added by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

HUDSON SHIPPING CO., INC. *v.* UNITED STATES

**No. 6686.**—Invoices dated London, England, April 9, 1941, etc.
　　　　Certified April 9, 1941, etc.
　　　　Entered at New York, N. Y., May 9, 1941, etc.
　　　　Entry No. 761172, etc.

(Decided December 30, 1946)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

CLINE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.